**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 26-150-DLB**

**EDWARD L. SMITH** **PETITIONER**

**v.** **ORDER**

**WARDEN, USP BIG SANDY** **RESPONDENT**

*** *** *** ***

Federal inmate Edward Smith has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. #1). Smith contends that the Bureau of Prisons has improperly refused to award him sentence credits under First Step Act of 2018 ("FSA"), Pub. L. No. 115-391, 132 Stat. 5194 (Dec. 21, 2018) for the period after his sentence was imposed but before he first arrived at a federal prison. *See* (Doc. # 1-2).

The Court has conducted the initial screening required by 28 U.S.C. § 2243. In light of recent changes in the law, the Court concludes that the petition warrants response and further elaboration from the respondent. Accordingly,

**IT IS ORDERED** as follows:

1. The Clerk shall send a copy of Smith's petition (Doc. # 1) and this Order by certified mail to the respondent Warden and to the United States Attorney for the Eastern District of Kentucky.

2. Respondent shall file a response to the petition within 60 days. The response shall be in the form of a memorandum addressing the factual allegations and

legal claims contained in the petition; a formal motion to dismiss or for summary judgment is not necessary or appropriate for these proceedings.

3. Respondent shall also file, as attachments to the Response, any and all documentary evidence that is relevant to either Smith's claims or the Respondent's response thereto.

4. Smith shall file a reply in further support of his petition within 28 days after the Respondent files his response.

5. The briefing on the petition shall then be closed for review by the Court. No other or further briefing will be permitted absent leave of Court.

This 30th day of October, 2026.

**Signed By:**

***David L. Bunning*** DB

**Chief United States District Judge**

G:\Judge-DLB\DATA\ORDERS\PSO Orders\Smith 0 26-150 Order for response.docx