UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:26-CV-00150-DLB

EDWARD L. SMITH PETITIONER

V. **ENTRY OF APPEARANCE**

WARDEN, USP BIG SANDY. RESPONDENT

*** *** *** *** ***

Please take notice that the undersigned hereby files his Notice of Appearance for the Respondent. He requests to be placed on the Court's electronic service list and to receive copies of all notices, pleadings, and other matters filed herein at the address below.

Respectfully submitted,

JASON D. PARMAN
UNITED STATES ATTORNEY

By: /s/*Taylor Payne*

Taylor Payne
Assistant United States Attorney
260 West Vine St., Ste 300
Lexington, Kentucky 40507-1612
859-685-4870
Taylor.Payne2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2026, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system and mailed to the following:

Edward L. Smith
Reg # 08506-041
USP Big Sandy. U.S. Penitentiary
P.O. Box 2067
Inez, KY 41224

/s/*Taylor Payne*
Assistant United States Attorney